UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-00008 |
| | ) | JUDGE CAMPBELL |
| ROBERT E. NEENER | ) | |

ORDER

The Plea Agreement (Docket No. 54), made pursuant to Fed. R. Crim. P. 11(c)(1)(C), is approved by the Court.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE